162 So. 927

**Park WHARTON, alias Whorton, v. STATE.**

**8 Div. 194.**

Court of Appeals of Alabama.
June 4, 1935.

Rehearing Denied June 25, 1935.

Powell & Powell, of Hartselle, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

157 So. 924

**R. C. WHATLEY v. CITY OF SELMA.**

**2 Div. 538.**

Court of Appeals of Alabama.
Nov. 6, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

152 So. 926

**Creston, alias Cranston, WHITE v. STATE.**

**8 Div. 813.**

Court of Appeals of Alabama.
Jan. 30, 1934.

Raymond Murphy, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

163 So. 910

**Andy WHITE v. STATE.**

**8 Div. 182.**

Court of Appeals of Alabama.
Oct. 29, 1935.

BRICKEN, Presiding Judge.
Affirmed.

162 So. 927

**Douglass WHITE, alias, etc., v. STATE.**

**1 Div. 221.**

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

155 So. 924

**Jim WHITE v. STATE.**

**7 Div. 71.**

Court of Appeals of Alabama.
June 5, 1934.

SAMFORD, Judge.
Appeal dismissed.

153 So. 925

**James, alias Nappy, WHITEHURST v. STATE.**

**1 Div. 126.**

Court of Appeals of Alabama.
April 10, 1934.

RICE, Judge.
Affirmed.

159 So. 922

**Lewis WHITT v. STATE.**

**8 Div. 7.**

Court of Appeals of Alabama.
Feb. 26, 1935.

BRICKEN, Presiding Judge.
Affirmed.